**THE ROMERO FIRM LLC**
ATTORNEYS AT LAW
400 Market Street 4th Floor
Newark, New Jersey 07105

T: 973-344-4600
F: 973-344-4601
www.theromerofirm.com
November 9, 2026

**BY ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**RE:** BARRERA-NOLASCO v. BORGEN et al., **No. 2:26-cv-13778**
**A# 096-333-852**
**Motion to Withdraw Habeas Petition**

Dear Judge Claire C. Cecchi:

This office represents Mr. Juan Barrera-Nolasco in the above-referenced habeas matter. Petitioner respectfully requests to voluntarily withdraw his habeas petition without prejudice.

Sincerely,

//s// Custodio A Romero
Custodio A. Romero
The Romero Firm LLC
*Attorney for Petitioner*

CC: All counsel of record (via electronic filing)

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 11/13/2026